```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 14519
   MAMIE L FENNER
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-4357


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/06/2008 and was confirmed 09/03/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/14/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
ARTIC HEATING & AIR COND  SECURED            1000.00           2.92         57.21
CITY OF CHICAGO WATER DE  SECURED             586.00            .00         60.00
LITTON LOAN SERVICING     CURRENT MORTG          .00            .00           .00
LITTON LOAN SERVICING     MORTGAGE ARRE          .00            .00           .00
BANKONE CHASE             UNSEC W/INTER NOT FILED              .00           .00
COMMONWEALTH EDISON       UNSEC W/INTER NOT FILED              .00           .00
COMMONWEALTH EDISON       UNSEC W/INTER   12035.76             .00           .00
COMMONWEALTH EDISON       UNSEC W/INTER NOT FILED              .00           .00
COMMONWEALTH EDISON       UNSEC W/INTER NOT FILED              .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER   15482.55             .00           .00
MCI WORLDCOM COMMUN       UNSEC W/INTER NOT FILED              .00           .00
TCF NATIONAL BANK         UNSEC W/INTER NOT FILED              .00           .00
A N PARTS & SERVICES      NOTICE ONLY   NOT FILED              .00           .00
HOME ALONG WITH HOME      NOTICE ONLY   NOT FILED              .00           .00
A N PARTS & SERVICES      UNSECURED            .00             .00           .00
LITTON LOAN SERVICING     NOTICE ONLY   NOT FILED              .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,089.50                         622.27
TOM VAUGHN                TRUSTEE                                            57.60
DEBTOR REFUND             REFUND                                               .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 800.00

PRIORITY                                             .00
SECURED                                           117.21
     INTEREST                                       2.92
UNSECURED                                            .00
ADMINISTRATIVE                                    622.27
TRUSTEE COMPENSATION                               57.60

              PAGE   1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 14519 MAMIE L FENNER
```

```
DEBTOR REFUND                                                            .00
                                             ---------------    ---------------
TOTALS                                              800.00             800.00
```

       Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 03/05/09                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 08 B 14519 MAMIE L FENNER